IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST CORNERSTONE BANK, : : : : Plaintiff, : : v. : : EDWARD FILBY, : : Defendant. : | CIVIL ACTION NO. 16-4518 |

## ORDER

**AND NOW**, this 27th day of October, 2016, after considering the application to dismiss this action filed by the plaintiff, Federal Deposit Insurance Corporation as Receiver for First Cornerstone Bank (Doc. No. 2); and the *pro se* defendant, Edward Filby, having failed to file a response to the application to dismiss; and after reviewing the notice of removal and the documents attached thereto (Doc. No. 1); and after hearing oral argument from the defendant and counsel for the plaintiff on September 19, 2016; and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The plaintiff's application to dismiss (Doc. No. 2) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The application to dismiss is **GRANTED** with respect to the defendant's counterclaims and those counterclaims are **DISMISSED WITHOUT PREJUDICE**; and

    b. The application to dismiss is **DENIED** with respect to the plaintiff's ejectment action;

2. Pursuant to the Third Circuit Court of Appeals' procedure for cases removed following an entry of judgment by a state court, the court adopts the Court of Common Pleas of

Chester County's February 10, 2016 order in the ejectment action, which (1) **GRANTED** summary judgment in favor of the plaintiff and against the defendant, and (2) provided the plaintiff with exclusive possession of the premises at issue; and

    3.    The clerk of the court shall mark this matter as **CLOSED**.

                                    BY THE COURT:

                                    /s/ *Edward G. Smith*
                                    EDWARD G. SMITH, J.